# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 1637 BENT ARROW,

Appellant,

vs.

BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES, 2005-27

Respondent.

No. 75089

FILED

JUL 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a post-judgment district court order granting a motion to redact and prevent future use of a document in unredacted form. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

We previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because it appeared that the challenged order was not substantively appealable. In response to our order, appellant states "that a writ, and not an appeal is . . . the proper method of review of the subject order, and consents to a dismissal of the appeal." As it appears that no statute or court rule authorizes an appeal from the challenged order, we conclude that we

18-28785

lack jurisdiction, *see Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc:     Hon. Joanna Kishner, District Judge
        Law Offices of Michael F. Bohn, Ltd.
        Wright, Finlay & Zak, LLP/Las Vegas
        Eighth District Court Clerk